UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:18 CR 123 SNLJ (ACL) |
| | ) |
| JORDAN L. MAHATHATH, | ) |
| | ) |
| Defendant. | ) |

## ORDER STAYING INITIAL APPEARANCE

This matter is before the Court following a phone conference held today with counsel of record. The undersigned was notified on Tuesday, September 9, 2025, that the Defendant had been arrested on an Arrest Warrant that was issued in conjunction with a Petition (Doc. 65) requesting revocation of the Defendant's supervision. The Marshal's Office further reported that the Defendant resisted arrest in a manner that resulted in law enforcement officers shooting him. The Defendant was critically wounded and airlifted to a hospital in St. Louis for treatment. He has been in the intensive care unit of the hospital since that time and not able to participate in court proceedings.

Federal Rule of Criminal Procedure 32.1(a)(1) provides that "[a] person held in custody for violating…supervised release must be taken without unnecessary delay before a magistrate judge." The parties agree that it is necessary for the Defendant to remain in the hospital until such time as he is medically cleared for release from the hospital. They further request that the initial appearance be continued until the Defendant is released from the hospital.

Based on the foregoing, the Court finds that the interests of justice require continuance of the initial appearance, and that the Defendant's continued medical treatment is a necessary delay of that proceeding. Should the circumstances change, the parties are encouraged to propose an alternate plan.

Accordingly,

**IT IS HEREBY ORDERED** that the parties joint and oral request for continuance of Defendant Mahathath's initial appearance is **granted**.

**IT IS FURTHER ORDERED** that proceedings in this matter are **stayed** until the Defendant is medically cleared for release from the hospital.

s/*Abbie Crites-Leoni*  
ABBIE CRITES-LEONI  
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of September, 2025.